**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20414-CR-GAYLES**

**UNITED STATES OF AMERICA**

**vs.**

**WILTRICE DAVAY JACKSON,**

**Defendant.**
_______________________________________/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Florida hereby dismisses with prejudice the Indictment against the above-named defendant.

Respectfully submitted,

for:
_______________________________________
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

cc: U.S. Attorney (Roger Cruz, AUSA)
Defense Counsel
Chief Probation Officer
Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 11/4/25

_______________________________________
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE